UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL MINUTES – GENERAL

Case No.  5:25-cr-93-KKC-MAS-1     At  Lexington     Date  January 12, 2026

USA vs Juan Humberto Lara-Medina     X  present   X  custody   __ bond   X  OR   Age ____

PRESENT:  HON. KAREN K. CALDWELL, U. S. DISTRICT JUDGE

| Kimberly Marsh | Lauren Gootee | Dr. Marta Roller | Ron L. Walker, Jr. |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

Counsel for Defendant     Gerry Harris     X  present     ___ retained     X  appointed

PROCEEDINGS:     **ALLOCUTION HEARING RE SUPERVISED RELEASE VIOLATION**

The parties appeared for final hearing on supervised release violation as noted. United States Probation Officer Brandy Warner was also present. The parties indicated there were no legal objections to the pending Report and Recommendation (DE #10). The Court heard statements of counsel and the defendant allocated. The Court **HEREBY ORDERS AS FOLLOWS:**

1. The Court adopts United States Magistrate Judge Matthew A. Stinnett's Report and Recommendation (DE #10).

2. The Defendant shall report to the United States Probation Office in Lexington once he has completed his term of imprisonment.

3. The United States Probation Office shall initiate the transfer of the supervision of Defendant to the Northern Division of Illinois at Chicago.

4. The defendant is remanded to the custody of United States Marshal.

Copies:  COR, USP, USM
Initials of Deputy Clerk  km
TIC: /5